THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LONZY HARRIS, Defendant-Appellant.

(No. 58031; )

First District (1st Division)—August 6, 1973.

PER CURIAM.
EGAN, J., took no part.

William A. Murphy, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.